# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Newbern, Alistair E. | U.S. District Court for the Middle District of Tennessee | 05/05/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

Chambers of Magistrate Judge Alistair Newbern
U.S. Courthouse
801 Broadway
Nashville, TN 37203

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee Member | Harry Phillips American Inn of Court |
| 2. | Fellow | Tennessee Bar Foundation |
| 3. | Fellow | Nashville Bar Foundation |
| 4. | Board Member | W.O. Smith Music School |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newbern, Alistair E. | 05/05/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newbern, Alistair E.** | 05/05/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newbern, Alistair E. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Bank of America (cash) | | None | J | T | | | | | |
| 3. Account #1 (H) | | | | | | | | | |
| 4. First Eagle Global Fd Cl A (SGENX) | A | Dividend | K | T | | | | | |
| 5. ISHARES CORE S&P 500 ETF (IVV) | A | Dividend | K | T | | | | | |
| 6. Account #2 (H) | | | | | | | | | |
| 7. AAM Bahl & Gaynor Income Growth Fund Class I (AFNIX) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 8. Columbia Dividend Income Fund Cl Instl (GSFTX) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 9. | | | | | Buy (add'l) | 04/22/20 | J | | |
| 10. MFS Growth Fund Cl I (MFEIX) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 11. PIMCO Income Fund Cl I2 (PONPX) (X) | A | Dividend | J | T | | | | | |
| 12. Putnam Income Fund Cl Y (PNCYX) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 13. IShares Russell 1000 Growth (IWF) | A | Dividend | | | Sold | 04/21/20 | J | | |
| 14. IShares Russell 1000 Value (IWD) | A | Dividend | | | Sold | 04/21/20 | J | | |
| 15. Account #3 (H) | | | | | | | | | |
| 16. Hrdg Lvnr Intl Eq Is (HLMIX) | A | Dividend | J | T | | | | | |
| 17. Jackson Square Smid Cpgr IS (DCGTX) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newbern, Alistair E. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Vang Div Growth Inv (VDIGX) | B | Dividend | K | T | | | | | |
| 19. Vanguard Inst Index Plus (VIIIX) | A | Dividend | K | T | | | | | |
| 20. Loomis Core Pl Bd Y (NERYX) | B | Dividend | K | T | | | | | |
| 21. Account #4 (H) | | | | | | | | | |
| 22. AF Europac Grth R4 (REREX) | A | Dividend | J | T | | | | | |
| 23. MM Sel Midcap Gr I (MEFZX) | A | Dividend | J | T | | | | | |
| 24. Vang Ftse Soc Idx Is (VFTSX) | A | Dividend | J | T | | | | | |
| 25. Metwest Tot Rtn Bd P (MWTRX) | A | Dividend | J | T | | | | | |
| 26. Vanguard Target 2040 (VFORX) | | None | K | T | | | | | |
| 27. Account #5 (H) | | | | | | | | | |
| 28. Vanderbilt TIAA Traditional | C | Interest | L | T | | | | | |
| 29. Account #6 (H) | | | | | | | | | |
| 30. UNC TIAA Traditional | A | Interest | K | T | | | | | |
| 31. Account #7 (H) | | | | | | | | | |
| 32. Accenture PLC Shs (ACN) (X) | | None | J | T | | | | | |
| 33. Apple Inc (AAPL) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 34. Broadcom Ltd (AVGO) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newbern, Alistair E. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Chevron Corp (CVX) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 36. Chubb Ltd (CB) (X) | | None | J | T | | | | | |
| 37. Cisco Systems Inc Com (CSCO) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 38. Comcast Corp New Cl A (CMCSA) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 39. Eli Lilly (LLY) (X) | A | Dividend | J | T | | | | | |
| 40. Home Depot Inc (HD) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 41. Honeywell Intl Inc DEL (HON) (X) | A | Dividend | J | T | | | | | |
| 42. Intl Business Machines (IBM) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 43. Johnson & Johnson Com (JNJ) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 44. JPMorgan Chase & Co (JPM) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 45. KLA Corp (KLAC) (X) | A | Dividend | J | T | | | | | |
| 46. LAM Research Corp Com (LRCX) (X) | A | Dividend | J | T | | | | | |
| 47. Lockheed Martin Corp (LMT) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 48. Marsh & Mclennan Cos Inc (MMC) (X) | A | Dividend | J | T | | | | | |
| 49. Merck and Co Inc Shs (MRK) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 50. Microsoft Corp (MSFT) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 51. PNC Fincl Services Group (PNC) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newbern, Alistair E.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Procter & Gamble (PG) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 53. Target Corp Com (TGT) (X) | A | Dividend | J | T | | | | | |
| 54. Texas Instruments (TXN) (X) | A | Dividend | J | T | | | | | |
| 55. Trane Technologies (TT) (X) | A | Dividend | J | T | | | | | |
| 56. Union Pacific Corp (UNP) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 57. UnitedHealth Group Inc (UNH) (X) | A | Dividend | J | T | | | | | |
| 58. US Bancorp (USB) (X) | | None | J | T | | | | | |
| 59. Putnam Income Fund Cl Y (PNCYX) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 60. | | | | | Buy (add'l) | 04/22/20 | J | | |
| 61. Blackrock Liquidity Fund T Fund Instl. Cl. (TSTXX) (cash eq.) | A | Dividend | | | Sold | 04/21/20 | J | | |
| 62. Comm Services Select Sector (XLC) | A | Dividend | | | Sold | 04/21/20 | J | | |
| 63. Consumer Discretionary SPDR (XLY) | A | Dividend | | | Sold | 04/21/20 | J | | |
| 64. First Trust Dow Jones Internet Index Fund (FDN) | | None | | | Sold | 04/21/20 | J | | |
| 65. Health Care SPDR (XLV) | A | Dividend | | | Sold | 04/21/20 | J | A | |
| 66. IShares NASDAQ Biotech ETF (IBB) | A | Dividend | | | Sold | 04/21/20 | J | A | |
| 67. IShares MBS ETF (MBB) | | None | | | Sold | 01/14/20 | J | A | |
| 68. IShares Inc Core MSCI Emerg Mkts (IEMG) | | None | | | Sold (part) | 01/14/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newbern, Alistair E.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 04/14/20 | J | | |
| 70. | | | | | Sold | 04/21/20 | J | | |
| 71.   IShares Tr Core MSCI EAF (IEFA) | | None | | | Sold | 04/21/20 | J | | |
| 72.   Real Estate Select Sector SPDR Fd. Shs (XLRE) | A | Dividend | | | Sold | 04/21/20 | J | | |
| 73.   SPDR US Financial Sector (XLF) | A | Dividend | | | Sold | 04/21/20 | J | | |
| 74.   Vanguard Small Cap (VB) | A | Dividend | | | Buy | 01/14/20 | J | | |
| 75. | | | | | Buy<br>(add'l) | 01/15/20 | J | | |
| 76. | | | | | Sold | 04/21/20 | J | | |
| 77.   Vanguard Consumer Staples (VDC) | A | Dividend | | | Sold | 04/21/20 | J | | |
| 78.   Vanguard Information Tech (VGT) | A | Dividend | | | Sold | 04/21/20 | J | | |
| 79.   Vanguard Industrial (VIS) | A | Dividend | | | Sold | 04/21/20 | J | | |
| 80.   Account #8 (H) | | | | | | | | | |
| 81.   ML Bank Deposit Program (cash) | A | Interest | K | T | | | | | |
| 82.   ISA People's United (cash) | A | Interest | J | T | | | | | |
| 83.   American Beacon The London Co Inc Eq Fd Cl A (ABCAX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alistair E. Newbern**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544